IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM PEARSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**POSIGEN DEVELOPER, LLC**<br><br>*Defendant.* | Case No. 1:24-cv-11609-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| By: */s/ Anthony I. Paronich*<br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>[o] (617) 485-0018<br>[f] (508) 318-8100<br>anthony@paronichlaw.com | By: */s/ Thomas C. Blatchley*<br>Thomas C. Blatchley<br>Gordon Rees Scully Mansukhani<br>Gordon Rees Scully Mansukhani, LLP<br>28 State Street, Ste. 1700<br>Boston, MA 02109<br>(857) 504-2017<br>tblatchley@grsm.com |